IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1071-AP**

**SAN LUIS VALLEY ECOSYSTEM COUNSEL,**
**NANCY ALBRIGHT,**
**JAMES MARTIN,**
**JERRE GUTHALS,**
**STEVE LEWIS,**
**ANTLERS RIO GRANDE LODGE, INC., a Colorado corporation, and**
**CHARLES C. POWERS,**

       Plaintiffs,

v.

**UNITED STATES FOREST SERVICE,**

       Defendant,

and

**ALXCHNG, LLC, a Texas limited liability company,**
**CNXCHNG, LLC, a Texas limited liability company, and**
**RIO OXBOW RANCH, INC., a Colorado corporation,**

       Intervenors.

---

**MINUTE ORDER**

---

Judge John L. Kane **ORDERS**

     Plaintiffs' Motion for Reconsideration (Doc. 89) of Minute Order Striking Plaintiffs Affidavits [sic] (Doc. 87) is **GRANTED** to the extent Plaintiffs interpret the Minute Order as having stricken the affidavits, rather than the "Notice" to which they were attached. It did not. In any event, Plaintiffs' shall have until February 1, 2006 to comply with Local Rule 7.1A and file a Motion to Supplement the Record with the subject affidavits, which the Court understands are directed to the issue of standing. The Defendant and Intervenors shall have until February 17, 2006 to file any response to the Motion to Supplement. Further briefing on the merits of this appeal is stayed pending resolution of the instant motion. For whatever it is worth, the Court notes the dispute over the subject affidavits appears to be much ado about nothing, and it is anticipated the

parties can resolve the issue in a good faith attempt at compliance under Rule 7.1A. Any further filings on the issue should include stipulated dates for briefing on the merits of the appeal.

Dated: January 18, 2006