**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-1071-JLK-BNB

SAN LUIS VALLEY ECOSYSTEM COUNSEL,
NANCY ALBRIGHT, JAMES MARTIN,
JERRE GUTHALS, STEVE LEWIS,
ANTLERS RIO GRANDE LODGE, INC.,
a Colorado Corporation, and CHARLES C. POWERS,

   Plaintiffs,

 v.

UNITED STATES FOREST SERVICE,

   Defendant,

ALXCHNG, LLC, a Texas limited liability company,
CNXCHNG, LLC, a Texas limited liability company, and
RIO OXBOW RANCH INC., a Colorado corporation,

   Defendant-Intervenors.

**ORDER RE: PARTIES' JOINT STIPULATION
CONCERNING STANDING AFFIDAVITS**

  The Court, having considered the parties' joint submission, which submission stipulates that the affidavits submitted at Docket No. 85 are offered for standing purpose only, orders that those affidavits are accepted only for the purpose of deciding whether Plaintiffs have standing to bring their challenge. The affidavits will not be considered to attack the Forest Service decision at issue in this case or for any other purpose. The Court further orders that Defendant and Intervenors have to and including **February 15,**

**2006** to file Responses to Plaintiff's Initial Brief (Docket No. 82) and Plaintiffs have until

**March 7, 2006** to file a Reply, if any is submitted.

Dated:  January 27, 2006                              BY THE COURT:


                                                     S/John L. Kane
                                                     United States District Court